**VACATE AND REMAND and Opinion Filed November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01128-CV

**EBAY, INC., Appellant**
**V.**
**BEACHBODY, LLC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01810-2014**

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

Before the Court is the parties' joint motion to dismiss the appeal. We grant the motion to the extent that we vacate the trial court's order without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2).

141128F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

EBAY, INC., Appellant

No. 05-14-01128-CV          V.

BEACHBODY, LLC., Appellee

On Appeal from the 429th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 429-01810-2014.
Opinion delivered by Justice Francis.
Justices Evans and Stoddart, participating.

In accordance with this Court's opinion of this date, order of the trial court is **VACATED** without regard to the merits and this case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered November 19, 2014.